# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

March 24, 2005

TO: COUNSEL

RE: Admiral Insurance v. Netmotion , 04-1276 GMS

Dear Counsel:

At the scheduling conference held on February 22, 2005, in the above-referenced case, counsel for the plaintiff was directed to prepare and submit a briefing schedule to reflect the items discussed at the scheduling conference and submit it to the court by March 1, 2005.

Please submit the proposed briefing schedule, via electronic case filing, as soon as possible.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager