MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

DONALD E. REID
302 575 7219
302 425 3001 FAX
dreid@mnat.com

March 29, 2005

**VIA E-FILING AND**
**HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: Admiral Insurance Company v.
NetMotion Wireless, Inc., et al.
Civil Action No. 04-1276-GMS

Dear Judge Sleet:

This will confirm the message that I left with Your Honor's chambers this morning that the above-referenced matter has been resolved by the parties. I anticipate that it will take a week or two to complete the documentation of the settlement and, at that point, the parties will file a stipulation of dismissal. Counsel are available if Your Honor has any questions regarding this matter.

Respectfully yours,

Donald E. Reid

Donald E. Reid

DER/amr
cc: Dr. Peter T. Dalleo, Clerk (By E-Filing)
Paul Cottrell, Esquire (By E-Filing)
Thomas R. Preston, Esquire (By E-Filing)