UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>NETMOTION WIRELESS, INC., and PADCOM, INC.,<br><br>Defendants | ) | Civil Action No. 04-1276 (GMS) |

**STIPULATION OF DISMISSAL**

The parties, by their respective undersigned attorneys, and pursuant to Fed.R.Civ.P. 41, stipulate to the dismissal of this action, with prejudice, and in connection there with, state as follows:

1. In this action, Admiral Insurance Company ("Admiral") sought a declaration that it had no duty to defend or indemnify its insured, NetMotion Wireless, Inc. ("NetMotion"), with respect to a lawsuit filed against it by Padcom, Inc.("Padcom"), and a counterclaim filed by Padcom in a lawsuit filed by NetMotion against Padcom. Both suits are pending in this Court and this stipulation shall have no effect on those two suits.

2. Padcom was named in this action solely for the purpose of ensuring that it would be bound by any declaration of the Court.

3. Admiral and NetMotion have now settled all disputes between them relating to this action and, accordingly, stipulate that this action be dismissed, with prejudice.

TIGHE, COTTRELL & LOGAN, P.A.

Paul Cottrell

Paul Cottrell, Esquire (I.D. #2391)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
Attorneys for Plaintiff
Admiral Insurance Company

OF COUNSEL:

Jeffrey A. Goldwater
Robert A. Chaney
Bollinger, Ruberry & Garvey
500 W. Madison St.
Suite 2300
Chicago, IL 60661

MORRIS, NICHOLS, ARSHT & TUNNELL

Donald E. Reid

Donald E. Reid, Esquire (I.D. #1058)
1201 North Market Street
P.O.Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Defendant
NetMotion Wireless, Inc.

BLANK ROME LLP

Thomas P. Preston 5/13/05

Thomas P. Preston, Esquire (I.D. #2548)
1201 North Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
Attorneys for Defendant
Padcom, Inc.

SO ORDERED this ____ day of ___________, 2005.

______________________________
J.